

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

ELEAZARELI MAYCOCK,

Defendant.

_____/

Case: 2:26-cr-20410
Assigned To : McMillion, Brandy R.
Referral Judge: Grand, David R.
Assign. Date : 7/1/2026
Description: INDI USA v MAYCOCK (JP)

Violations:  18 U.S.C. § 922(k)
18 U.S.C. § 924(a)(1)(B)
18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 2261(b)(3)

## <u>INDICTMENT</u>

THE GRAND JURY CHARGES:

### <u>COUNT ONE</u>
18 U.S.C. § 922(k) & 924(a)(1)(B)
*Possession of a Firearm with a Removed, Altered, and Obliterated Serial Number*

On or about May 22, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Eleazareli Maycock, knowingly possessed a firearm, that is, one Savage Arms, .22 caliber rifle, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered, and obliterated, as the defendant knew, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

1

**COUNT TWO**
18 U.S.C. § 2261A(2)(B) and § 2261(b)(3)
*Cyberstalking*

From in or about November 2025 until in or about June 2026, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, Eleazareli Maycock, with the intent to kill, injure, harass, and intimidate another person, Victim One, used an electronic communication service, an electronic communication system of interstate and foreign commerce, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim One, all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

It is further alleged that the defendant, Eleazareli Maycock, used a dangerous weapon during the offense, in violation of Title 18, United States Code, Section 2261(b)(3).

2

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d); 28 U.S.C. § 2461

The allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), together with Title 28, United States Code, Section 2461.

Upon conviction of the offense alleged in Count One of this Indictment violating Title 18, United States Code, Section 922(k), as charged in this Indictment, defendant shall forfeit to the United States any firearm and ammunition involved in or used in his knowing violation of Section 922(k), pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

THIS IS A TRUE BILL.

_s/ Grand Jury Foreperson_
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

_s/ Hank Moon_ for
DOUGLAS C. SALZENSTEIN
Chief, Homeland Security Unit
Assistant United States Attorney

_s/ Thomas Cribbins_
THOMAS CRIBBINS
Assistant United States Attorney

Dated: July 1, 2026

3

Case: 2:26-cr-20410
Assigned To : McMillion, Brandy R.
Referral Judge: Grand, David R.
Assign. Date : 7/1/2026
Description: INDI USA v MAYCOCK (JP)

| United States District Court<br>Eastern District of Michigan | Criminal Case Co |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes      ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Eleazareli Maycock

**County where offense occurred :** Macomb

**Check One:**      ☒ Felony            ☐ Misdemeanor            ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30369          ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 1, 2026
Date

Thomas Cribbins
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9556
Fax:    (313) 226-2311
E-Mail address: thomas.cribbins@usdoj.gov
Attorney Bar #: P86891

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.